IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARICO LATEZ COLLINS BEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:22-cv-593-ECM |
| | ) (WO) |
| ALABAMA STATE SECRETARY | ) |
| CORP., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On January 4, 2023, the Magistrate Judge entered a Recommendation (doc. 10) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to remit the required fees or file a completed application for *in forma pauperis* status as ordered by the Court.

A separate Final Judgment will be entered.

DONE this 2nd day of February, 2023.

                                                  /s/ Emily C. Marks  
                                         EMILY C. MARKS  
                                         CHIEF UNITED STATES DISTRICT JUDGE